IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

vs.                                                 Case No. 4:07-CV-262-SPM

WILLIAM C. SHERRILL, *et al.*,

    Defendants.

_____/

## ORDER DENYING MOTION TO SET ASIDE ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Set Aside the Magistrate Judge's Report and Recommendation (doc. 39). There is no legal error in either this Court's previous analysis or the Magistrate Judge's conclusions in the Report and Recommendation. Accordingly, Plaintiff's Motion to Set Aside Order (doc. 39) is hereby **denied**.

Similarly, Plaintiff's objection (doc. 40) to the Magistrate Judge's Order of Deficiency (doc. 38) was not the result of the Magistrate Judge operating outside of his jurisdiction. This case has been closed until Plaintiff submits the filing fee. (doc. 16) Accordingly, Plaintiff's objection (doc. 40) is hereby **overruled**.

DONE AND ORDERED this <u>fifteenth</u> day of September, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge